FILED
2012 JUL 13 AM 11:51

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>    v.                           )<br>                                 )<br>JOSE SAUL CURLEY-DOMINGUEZ      )<br>                                 )<br>            Defendant.           )<br>_____) | Case No. 99CR1930-W<br><br>ORDER OF DISMISSAL<br>OF INDICTMENT AND<br>RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 7/13/12 .

HONORABLE THOMAS J. WHELAN
United States District Judge